# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**DEJUAN ANTHONY MEADE, JR.,**

      **Plaintiff,**

                                           **Case Number 2:25-cv-1468**

      **v.**                                    **Judge Edmund A. Sargus, Jr.**

                                         **Magistrate Judge S. Courter M. Shimeall**

**DELAWARE COUNTY JAIL,**

      **Defendant.**

## ORDER

This matter is before the Court on the Report and Recommendation issued by the Magistrate Judge on April 6, 2026. (ECF No. 4.) The Magistrate Judge recommends that the Court dismiss this matter without prejudice for want of prosecution. (*Id.*)

In December 2025, *pro se* Plaintiff DeJuan A. Meade, Jr., an Ohio inmate, filed a letter with the Court regarding allegedly unlawful conditions at the Delaware County Jail. (ECF No. 1.) Plaintiff did not file a Complaint, pay the filing fee, or request leave to proceed without prepayment of the filing fee. On February 27, 2026, the Court issued an Order directing Plaintiff to correct those deficiencies within 30 days and warned Plaintiff that failure to do so may result in the Court dismissing his case for want of prosecution. (ECF No. 2.) More than 30 days have passed since the Court's February 27 Order, and Plaintiff has not responded or sought an extension of time. Accordingly, the Magistrate Judge recommends that this matter be dismissed without prejudice for want of prosecution. (ECF No. 4.)

Once a magistrate judge issues a report and recommendation, the relevant statute provides:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by

rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1). The failure to file written objections to a magistrate judge's report and recommendation waives a *de novo* determination by the district court of any issues addressed in the report and recommendation. *See United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Plaintiff was advised of his right to object to the Report and Recommendation and of the consequences of failing to do so. (ECF No. 4, PageID 23–24.) Plaintiff did not object to the Report and Recommendation.

Accordingly, the Court **ADOPTS** and **AFFIRMS** (ECF No. 4) the Magistrate Judge's Report and Recommendation. The Court **DISMISSES WITHOUT PREJUDICE** this case for want of prosecution. The Clerk is **DIRECTED** to enter judgment and close this case.

    **IT IS SO ORDERED.**

**5/11/2026**                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                            **EDMUND A. SARGUS, JR.**
                                            **UNITED STATES DISTRICT JUDGE**